JAMES M. COOKE, an Infant under the Age of Fourteen Years, by JAMES J. COOKE, His Guardian ad Litem, and JAMES J. COOKE, Appellants, v. JEFFREY S. DRIGANT, Defendant, Impleaded with JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Respondent.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

JOHN GARRETT, an Infant, by CATHERINE GARRETT, His Guardian ad Litem, Respondent, Appellant, v. MICHAEL KILLILEA, Appellant, Respondent.— Judgment affirmed, without costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.; Callahan, J., dissents and votes to modify by increasing the judgment to the sum of $2,500.

SOPHIE SEGALOFF, Appellant, v. SELRACH REALTY Co., INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

ALICE MORRIS, Appellant, v. LAWRENCE L. MORRIS, Respondent.— Order unanimously affirmed, with leave to the plaintiff to serve an amended reply within ten days after service of order. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.